# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROGER LEE BAKER, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV419-153 |
| JOHN WILLIAM JOHNSON, JR., *et al.*, | ) |
| Defendants. | ) |

## ORDER

Roger Lee Baker, Jr. is incarcerated in Jenkins County. *See* doc. 1 at 2, 4 (listing present place of confinement as "Jenkins Correctional Center," with an address in Millen, Georgia). He brings this 42 U.S.C. § 1983 action against the several Talbot County, Georgia judges. *Id*. at 4. He objects that one of the defendants signed a warrant for plaintiff's arrest and the other has failed to docket his motions. Doc. 1 at 5. Baker, however, has sent his Complaint to the Southern District of Georgia, which has no link whatsoever to his claims.

Because his claims arise from events that took place in Talbot County, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C.

§ 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 42 U.S.C. § 90(b)(3). The Clerk is **DIRECTED** to transfer this case to the Middle District for all further proceedings.

**SO ORDERED**, this 2nd day of July, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA